# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : **CRIMINAL COMPLAINT**

v. : Mag. No. 08-6055(MAS)

WAYNE NELSON CORLISS, :
a/k/a "Casey Wayne" :

I, William Belanger, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From in or about April 2000 through in or about May 2001 in the District of New Jersey, and elsewhere, defendant WAYNE NELSON CORLISS:

SEE ATTACHMENT A.

I further state that I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

William Bellanger, Special Agent
United States Department of Homeland
Security, Immigration and Customs
Enforcement

Sworn to before me and subscribed in my presence,
May 7, 2008 at Monmouth Junction, New Jersey

HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

## ATTACHMENT A

From in or about April 2000 through in or about May 2001 in the District of New Jersey, and elsewhere, defendant,

**WAYNE NELSON CORLISS,**
a/k/a "Casey Wayne"

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which he knew and had reason to know would be transported in interstate and foreign commerce and mailed, was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and had actually been transported in interstate and foreign commerce and mailed,

In violation of Title 18, United States Code, Section 2251(a) and Section 2.

## ATTACHMENT B

I, William Bellanger a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, having conducted an investigation and discussed this matter with other law enforcement officers who have participated in this investigation, have knowledge of the following facts:

1. An investigation by Canadian law enforcement, beginning in 2005, identified images of child pornography posted by a child exploitation offender. Information related to that offender was forwarded to the International Criminal Police Organization ("Interpol"); the offender was arrested in Norway in 2006. The computer seized in that investigation was examined and revealed images depicting another offender – a then unidentified Caucasian male – sexually abusing several prepubescent boys. The images were stored in a computer file under "Thai_Luv". Data embedded in the images indicate that they were taken in the year 2000 by a Fuji camera.

2. In the images of "Thai_Luv", the offender's face is clearly shown. The images depict the offender engaged with Asian, prepubescent minors in sexually explicit conduct. The background of the images indicate that the images were taken in Thailand. Specifically, the images depict an airport luggage tag with the code "BKK." BKK is the luggage tag code for Suvarnabhumi International Airport in Bangkok, Thailand. Additionally, the images reveal a "Chang" water bottle, which is common in Thailand.

3. In 2007, Interpol released a "Blue Notice" for assistance in identifying the offender depicted in the images. In May 2008, Interpol released sanitized copies of the images, clearly depicting the offender to the public in hopes of identifying the offender. Pursuant to the public release, multiple members of the public provided law enforcement with information on the offender, including the name and photograph of the offender. The offender was identified as WAYNE NELSON CORLISS, a/k/a "Casey Wayne" (hereinafter "defendant CORLISS").

4. Acting upon the information provided, law enforcement officers searched the United States Passport database. Agents discovered passport application and renewals, and photographs associated with those documents. Agents compared the photographs associated with the passport applications and renewals to both the child pornography images and the photo provided by the public informant. Comparison of the images from all three sources led law enforcement agents to conclude that the same individual is depicted in all of the images. Specifically, law enforcement officers concluded that the offender depicted in the images depicting the sexual abuse of minors was defendant CORLISS.

5. Furthermore, databases maintained by the Department of Homeland Security indicated extensive travel to Asia by defendant CORLISS. Specifically, records indicate travel from Narita, Tokyo to the United States in or about 2000. Based on my training and experience, Narita, Tokyo is a common point of departure to and from Bangkok, Thailand. Additionally, in 2002, Department of Homeland Security records indicate that defendant CORLISS traveled from Bangkok, Thailand, through Taipei, Taiwan, into the United States.