UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Wayne Nelson Corliss

PROCEEDINGS: __IA/Felony__

RECEIVED
MAY 08 2008

MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE NO.: __08-6055__

DATE OF PROCEEDINGS: __5/8/08__

DATE OF ARREST: __5/8/08__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: (X) AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:    __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
(X) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: 5/12 - 2:00
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Lee Vartan__

DEFT. COUNSEL __Chester Keller__

PROBATION _____

INTERPRETER _____
        Language: ( )

Time Commenced: 2:24
Time Terminated: 2:30
CD No: C-6-6

_Nadine Mauro_
DEPUTY CLERK