| **United States District Court** | DISTRICT New Jersey |
|---|---|
| UNITED STATES OF AMERICA V.  Wayne Nelson Corliss | DOCKET NO.  MAGISTRATE CASE NO. 08-6055 |

The above named defendant was arrested upon the complaint of

charging a violation of  18 USC § 2251

| DISTRICT OF OFFENSE  New Jersey | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

Sexual exploitation of children

BOND IS FIXED AT
$  Detained pending hearing on 5/12/08

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

May 8th, 2008
Date

United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |