2008R00533/LDV

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 08-807 |
| | : | |
| WAYNE NELSON CORLISS, | : | 18 U.S.C. §§ 2251(a), 2423(b), |
| a/k/a "Casey Wayne" | : | 2252A(a)(5)(B), and 2 |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE

From in or about April 2002 through in or about May 2002, in Hudson County, in the District of New Jersey, and elsewhere, defendant

WAYNE NELSON CORLISS,
a/k/a "Casey Wayne,"

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which he knew and had reason to know would be transported in interstate and foreign commerce and mailed, and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which was actually transported in interstate and foreign commerce and mailed to New Jersey.

In violation of Title 18, United States Code, Section 2251(a) and Section 2.

## COUNT TWO

In or about April 2000, in Hudson County, in the District of New Jersey, and elsewhere, defendant

### WAYNE NELSON CORLISS,
a/k/a "Casey Wayne,"

who is a United States citizen, did knowingly travel in foreign commerce to Thailand, for the purpose of engaging in illicit sexual conduct, specifically a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 12 years of age, that would have been a violation of Chapter 109A, namely Aggravated Sexual Abuse, contrary to Title 18, United States Code, Section 2241(c), if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

In or about April 2001, in Hudson County, in the District of New Jersey, and elsewhere, defendant

**WAYNE NELSON CORLISS,**
a/k/a "Casey Wayne,"

who is a United States citizen, did knowingly travel in foreign commerce to Thailand, for the purpose of engaging in illicit sexual conduct, specifically a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 12 years of age, that would have been a violation of Chapter 109A, namely Aggravated Sexual Abuse, contrary to Title 18, United States Code, Section 2241(c), if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR

In or about April 2002, in Hudson County, in the District of New Jersey, and elsewhere, defendant

### WAYNE NELSON CORLISS,
a/k/a "Casey Wayne,"

who is a United States citizen, did knowingly travel in foreign commerce to Thailand, for the purpose of engaging in illicit sexual conduct, specifically a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 12 years of age, that would have been a violation of Chapter 109A, namely Aggravated Sexual Abuse, contrary to Title 18, United States Code, Section 2241(c), if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT FIVE

In or about May 2008, in Hudson County, in the District of New Jersey and elsewhere, defendant

**WAYNE NELSON CORLISS,**
a/k/a "Casey Wayne,"

did knowingly possess material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images were shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that were shipped and transported in interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and Section 2.

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

5

CASE NUMBER: 08-

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

WAYNE NELSON CORLISS,
a/k/a "CASEY WAYNE"

**INFORMATION FOR**

18 U.S.C. §§ 2251(a),
2423(b), 2252A(a)(5)(B), and 2
 
**CHRISTOPHER J. CHRISTIE**
U.S. ATTORNEY NEWARK, NEW JERSEY

LEE D. VARTAN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2762