# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :   Criminal Number: 08- 807

        v.                              :   **WAIVER OF INDICTMENT**

WAYNE NELSON CORLISS,           :
  a/k/a "Casey Wayne"           :

        I, WAYNE NELSON CORLISS, a/k/a "Casey Wayne," the above-named defendant, who is charged with:

        employing, using, persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which he knew and had reason to know would be transported in interstate and foreign commerce and mailed, and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which was actually transported in interstate and foreign commerce and mailed to New Jersey, from in or about April 2002 through in or about May 2002, in Hudson County, in the District of New Jersey, and elsewhere, in violation of Title 18, United States Code, Section 2251(a) and Section 2 in Count One;

        knowingly traveling in foreign commerce to Thailand when he was a United States citizen, in or about April 2000, April 2001, and April 2002, for the purpose of engaging in illicit sexual conduct, specifically a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 12 years of age, that would have been a violation of Chapter 109A, namely Aggravated Sexual Abuse, contrary to Title 18, United States Code, Section 2241(c), if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2423(b) in Counts Two, Three, and Four; and

        knowingly possessing material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images were shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that were shipped and transported in interstate and foreign commerce, by any means, including by computer, in or about May 2008, in Hudson County, in the District of

New Jersey and elsewhere, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and Section 2 in Count Five;

being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on  10/28  , 2008 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Wayne Nelson Corliss, a/k/a "Casey Wayne"
Defendant

_____
Chester M. Keller, AFPD
Counsel for Defendant

Before: _____
United States District Judge