# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge **Joseph A. Greenaway, Jr.**   OCTOBER 28, 2008
Date of Proceedings

Court Reporter **Thomas Brazaitis**

Deputy Clerk **Philip Selecky**

**Title of Case:**   Docket # **Cr. 08-807-01**

U.S.A. v. Wayne Nelson Corliss

Appearance:
Lee Vartan, AUSA, & Michael Yoon, AUSA, for the govt.
Chester Keller, Esq, for the deft.

**Nature of Proceedings:** PLEA TO AN INFORMATION.
Defendant sworn.
Information, Waiver of Indictment, Plea agreement & Rule 11 form filed.
Defendant plead guilty to counts 1,2,3,4 & 5 of the Information.
Sentence date set for 2-9-09 at 2:00 p.m.
Defendant remanded.


Time Commenced: 3:30 p.m.
Time Adjourned: 4:15 p.m.

Philip Selecky, Deputy Clerk