# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge **Joseph A. Greenaway, Jr.**　　　　　　**NOVEMBER 16, 2009**
　　　　　　　　　　　　　　　　　　　　　　　Date of Proceedings

Court Reporter **Lynne Johnson**

Deputy Clerk **Philip Selecky**

**Title of Case:**　　　　　　　　　　　　　Docket # **Cr. 08-807-01**

U.S.A. v. Wayne Nelson Corliss

**Appearances:**
Lee Vartan, AUSA, & Michael Yoon, AUSA, for the govt.
Chester Keller, Esq, for the deft.

**Nature of Proceedings:** SENTENCING
Hearing on the defts, objections to the PSR.
Hearing on the govts, downward departure motion pursuant to 5K1.1.
ORDERED motion granted.
Sentence on Counts 1,2,3,4 & 5 of the Information: Imprisonment for a term of 235 months. (The breakdown is as follows)
235 months on count 1; 180 months on each of counts 2,3 & 4; and 120 months on count 5, all such terms to be served concurrently.
Supervised Release for a term of 3 years on each of counts 1,2,3 & 4, and a lifetime term of supervised release on count 5, all such terms to run concurrently.
Additional condition of Supervised Release.
1) Prohibited from obtaining access to computers.
2) Mental health treatment.
3) Follow directions from the U.S. Probation Office regarding contact with children of either sex, under the age of 18.
4) Register with the state sex offender agency.
5) Cooperation in the collection of DNA.
6) Submit to a polygraph examination.
Fine of $5,000.00.
Special assessment of $500.00.
ORDERED defendant remanded.

Time Commenced: 11:15 a.m.
Time Adjourned:  1:45 p.m.

　　　　　　　　　　　　　　　　　　　　　**Philip Selecky, Deputy Clerk**